

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　DIVISION OF STATE COUNSEL
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　LITIGATION BUREAU

VIA ECF (with courtesy copy via fax to 914-390-4179)　　　　January 29, 2020
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

　　　　Re:　*Johnson v. McMorrow, et al.*, 19-cv-6480 (NSR)

Dear Judge Román:

　　　　This Office represents Defendants in the above-referenced action. I respectfully write to request an adjournment of the February 13, 2020 initial conference. (Dkt. No. 16.)

　　　　This is the first request for such an adjournment and Plaintiff's counsel consents to this request. An adjournment is needed because I will be on trial before Judge Briccetti on February 13th in the matter of *Anderson v. Osborne*, 17-cv-539. I have conferred with Plaintiff's counsel and both counsel are available February 21 or February 27, 2020. Counsel are not mutually available on a Thursday or Friday in March.

　　　　Accordingly, I respectfully request that the initial conference be adjourned to February 21, February 27, or a date later than March 2020, that may be convenient to the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deanna L. Collins
　　　　　　　　　　　　　　　　　　　　　　　　　Deanna L. Collins
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　(212) 416-8906
　　　　　　　　　　　　　　　　　　　　　　　　　Deanna.Collins@ag.ny.gov

　　Cc:　Counsel of Record (by ECF)

*[Handwritten note:]* The Initial Pretrial Conf scheduled for Feb. 13, 2020 is adjourned sine die. Counsel are directed to submit a completed Case Management Plan to chambers on or before Feb. 13, 2020. Clerk of the Court requested to terminate the motion (doc. 17).

SO ORDERED: Dated: Jan. 30, 2020

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

28 LIBERTY STREET, NEW YORK, NEW YORK 10005 • PHONE (212) 416-6082 • FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

*[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/30/2020*





privileged or otherwise legally protected. If you are not the intended recipient or received this fax in error, please notify the sender immediately by telephone and destroy the original fax.

privileged or otherwise legally protected. It is intended only for the addressee. If you received this fax in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this fax or its attachments. Please notify the sender immediately by reply fax and delete the fax from your system.

01/29/2020 4:54:28 PM NYSOAG　　　　　　　　　　　　　　　　　　　PAGE 2    OF 3

privileged or otherwise legally protected. It is intended only for the addressee. If you received this fax in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this fax or its attachments. Please notify the sender immediately by reply fax and delete the fax from your system.