UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

CHRISTOPHER JOHNSON,             :

      Plaintiff(s),           :         ORDER

      -against-            :         19 Civ. 6480 (PMH) (LMS)

TROOPER McMORROW, et al.,      :

      Defendant(s)           :

--------------------------------------------------------x

      The Court is in receipt of a letter response from Lexington Center For Recovery, Inc., responding to the Court's Order dated August 28, 2020; the Program Director, who does not appear to be an attorney, has responded to this Court's Order as though it were a second subpoena, which it was not.  This Order issued after Lexington Center For Recovery refused to honor a subpoena, previously issued; Lexington Center for Recovery has violated the provisions of the Order.  It is therefore

      ORDERED that counsel confer and prepare an Order to Show Cause, directed to Lexington Center For Recovery, requiring them to show cause why they have not honored the Order issued by the undersigned, and why sanctions should not be imposed for their failure.  The Order to Show Cause shall be submitted to the Magistrate Judge assigned to succeed the undersigned, as soon as a notice of reassignment is issued.

Dated:  September 30, 2020
        White Plains, New York

                                                   **SO ORDERED**

                                                  _/s/ Lisa Margaret Smith_

                                                  Lisa Margaret Smith
                                                  United States Magistrate Judge

Chambers is directed to send a copy of this Order to Lexington Center for Recovery, Inc., att'n Anita Bonner, Program Director, 2875 Route 35, Suite 6N-1, Somers NY 10549.

Southern District of New York