UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER JOHNSON,

                      Plaintiff,                  19 Civ. 6480 (PMH) (AEK)

       -against-                               **ORDER**

TROOPER ANDREW McMORROW, et al.,

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court is in receipt of documents submitted in this matter *in camera*. Plaintiff specifically sought production of "complaints against the two named defendants reflecting allegations of dishonesty or misconduct that is similar in kind to that alleged in the complaint, whether or not those complaints were substantiated or founded." ECF No. 27. Consistent with the representation of defense counsel, *see* ECF No. 32-1, the records produced for *in camera* inspection did not contain any substantiated complaints against either defendant. *See* ECF No. 32-1. None of the documents reviewed by the Court contain allegations of conduct similar to the allegations contained in the complaint. Accordingly, the Court concludes that none of these documents are required to be produced to Plaintiff's counsel. The Court will retain the records that were provided for *in camera* review.

Dated: November 19, 2020
       White Plains, New York              **SO ORDERED.**

                                                        _____
                                                         ANDREW E. KRAUSE
                                                         United States Magistrate Judge