UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER JOHNSON,                              :
                                                  :
                  Plaintiff,          :   19-cv-6480 (PMH)(AEK)
                                                  :   **NOTICE OF MOTION**
      -against-                                 :
                                                  :
TROOPER ANDREW McMORROW, et al.,                  :
                                                  :
                  Defendants.         :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Defendants' Motion for Summary Judgment, Declarations of John Doran, Andrew McMorrow, and Marisa Rodriguez, with exhibits thereto, the Rule 56.1 statement, with exhibits thereto, and upon all the pleadings and proceedings heretofore had herein, Defendants Trooper Andrew McMorrow and Trooper Marisa Rodriguez by their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby move this Court before the Honorable Philip M. Halpern, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, for an Order pursuant to Fed. R. Civ. P. 56, granting Defendants' Motion for Summary Judgment, and granting such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated January 25, 2022, Plaintiff's answering papers, if any, must be served and filed on or before April 1, 2022 and the Defendants' Reply will be filed by April 15, 2022. *See Dkt. No. 93.*

1

Dated: White Plains, New York  LETITIA JAMES
       March 2, 2022  Attorney General
                                                        State of New York
                                                        *Attorney for Defendants*
                                                        By:

                                                        *S/ John R. Doran*
                                                        John R. Doran
                                                        Assistant Attorney General
                                                        28 Liberty Street
                                                        New York, New York 10005
                                                        (212) 416-8591
                                                        John.Doran@ag.ny.gov


To:    Counsel of Record (via ECF)