**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER JOHNSON,

                Plaintiff,

-against-                                     19 **CIVIL** 6480 (PMH)

                                                    **JUDGMENT**

TROOPER ANDREW McMORROW,
TROOPER MARISA RODRIGUEZ, and
JOHN DOES ## 1-10,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 7, 2023, Defendants' motion for summary judgment is GRANTED and the Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      February 8, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                     **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                     _____
                                                     **Deputy Clerk**